| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Nathaniel M. Gorton | 2. Court or Organization<br>United States District Court for<br>the District of Massachusetts | 3. Date of Report<br>May 1, 1992 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; magistrate judges indicate<br>full- or part-time)<br>District Judge | 5. Report Type (check appropriate type)<br>X Nomination, Date April 28, 1992<br>__ Initial __ Annual __ Final | 6. Reporting Period<br>Jan. 1, 1991 -<br>April 30, 1992 |
| 7. Chambers or Office Address<br>Powers & Hall, P.C.<br>100 Franklin Street<br>Boston, MA 02110 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | See attached Attachment #1 |

☐ **NONE** (No reportable positions)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ **NONE** (No reportable agreements)

participant — Powers & Hall Professional Corporation Profit Sharing Plan and Trust — a 401(k) profit sharing plan of my law firm from which I expect to resign if confirmed

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| attorney | Powers & Hall Professional Corporation (Boston, MA) 1991 | $ 150,852 |
| attorney | Powers & Hall Professional Corporation (Boston, MA) 1992<br>(to date) | $ 34,000 |
| | | $ |
| | | $ |
| | | $ |

☐ **NONE** (No reportable non-investment income)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Nathaniel M. Gorton | Date of Report<br>May 1, 1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 Grace Linnell (mother-in-law) (J) | mortgage note on condominium<br>occupied by Mrs. Linnell | L |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nathaniel M. Gorton | May 1, 1992 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of investment by individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | E X E M P T - - - - - - - - - | | | | | |
| 1 common stock, Slade Gorton & Co., Inc. (MA corp.) | F* | S corp income | P | Q | | | | | | |
| 2 common stock, Slade Gorton & Co., Inc. (MA corp.) (DC) | F* | S corp income | P | Q | | | | | | |
| 3 General Mills, Inc. (common stock) | D | div'd | N | T | | | | | | |
| 4 Fidelity Cash Reserves | D | div'd | M | T | | | | | | |
| 5 Vanguard World Fund | A | div'd | J | T | | | | | | |
| 6 Alex. Brown & Sons, Inc. Money Fund | C | div'd | M | T | | | | | | |
| 7 Crystal Brands (common stock) | A | div'd | J | T | | | | | | |
| 8 South Shore Savings Bank Wellesley, MA (J) | B | int. | K | T | | | | | | |
| 9 Bank of New England Boston, MA (J) | A | int. | J | T | | | | | | |
| 10 Alex. Brown & Sons, Inc. Money Fund (DC) | C | div'd | M | T | | | | | | |
| 11 Fidelity Cash Reserve (DC) | D | div'd | M | T | | | | | | |
| 12 McCaw Communications (common stock) | A | (none) | J | T | | | | | | |
| 13 38 Winchester St., Brookline MA condominium (S) | A | rent | L | W | | | | | | |
| 14 Powers & Hall, P.C. Profit Sharing Plan and Trust | A | (none) | G | T | | | | | | |
| 15 Boston Federal Savings IRA | A | (none) | J | T | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

\* see explanation in Section VIII below

Digitized by Google

357

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Boehnen, R. James | May 1, 1992 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS (Indicate part of Report)

Income reported in Section VI by virtue of certain stock holdings of the reporting
party and his dependent children in Stark James & Co., Inc., a Massachusetts corporation,
is attributable to their pro rata share of the income of that company which is taxed to
an S corporation whereby all corporate income is deemed passed through and taxable to
the individual stockholders whether or not such income is in fact distributed.

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge as at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it not applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature: _Nathan I.M. Gorton_            Date May 1, 1992

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:
Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google